IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. DAVIS a.k.a.
MICHAEL L. HOLMES,

       Plaintiff,              No. CIV S-04-1390 LKK PAN P

    vs.

TERESA A. SCHWARTZ,

       Defendant.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.  On July 7, 2006, plaintiff filed a document styled "Traverse in Opposition to Defendant's Summary Judgment Motion or Motion for Dismissal. "  The court construes this document as a reply to defendant's answer filed June 26, 2006..  Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer</u>.

Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendant's answer and declines to make such an order.

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's July 7, 2006 reply to

2   defendant's June 26, 2006 answer shall be disregarded.

3   DATED:  July 27, 2006.

4

5                              UNITED STATES MAGISTRATE JUDGE

6

7   12/mp
    davi1390.77e
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26