IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. DAVIS, a.k.a.,
Michael L. Holmes,

      Plaintiff,                    No. CIV S-04-1390 LKK PAN P

  vs.

TERESA A. SCHWARTZ, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On August 3, 2006 he filed a document styled, "Notice of Addition of Appointment of Co-Counsel in Pro Se," in which he moved to appoint Mrs. Willie R. Porter, 2726 Illinois Street, Palo Alto, CA 94303 to act as an attorney on his behalf.

      A party appearing pro se may not delegate his appearance to any other person. L.R. 83-183(a). Only a licensed attorney admitted to practice in this court who has agreed to appear on plaintiff's behalf may represent petitioner and accept service of papers for him. L.R. 5-137(b), 83-180(a), 83-182(a).

      Plaintiff makes no showing that the individual he named is an attorney licensed to practice in this court or that the person named has agreed to represent him.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's motion filed August 3, 2006 and titled "Notice of Addition of
3  Appointment of Counsel" is denied without prejudice. If the person named by petitioner is
4  willing to represent plaintiff and is either an attorney licensed to practice in this court or is an
5  attorney who desires to join the bar of this court, the court is prepared to authorize that person, or
6  any similarly situated person, to represent plaintiff; and

7  2. The Clerk of Court is directed to send a copy of this order, and only this order,
8  to Mrs. Willie R. Porter at the address set forth above.

9  DATED: August 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\davi1390.31(1)