IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. DAVIS,

      Plaintiff,                    No. CIV S-04-1390 LKK EFB P

    vs.

TERESA A. SCHWARTZ, et al.,

      Defendants.             ORDER

_____/

        On May 22, 2006, plaintiff filed a motion for an order directing he be given access to the law library, legal supplies and his legal materials. On May 26, 2006, the court issued a notice requiring defendants to respond. On July 26, 2006, defendants filed a motion for clarification of the May 26, 2006, notice.

        Defendants must respond to plaintiff's May 22, 2006, motion for a preliminary injunction.

////

////

////

////

////

1  Accordingly, defendants' opposition to the motion for a preliminary injunction is
2  due not more than 21 days from the date of this order; plaintiff's reply is due seven days after the
3  opposition is served.  <u>See</u> Local Rule 78-230(m).
4  So ordered.
5  Dated: August 29, 2006.

 EDMUND F. BRENNAN
 UNITED STATES MAGISTRATE JUDGE

8  \davi1390.45

2