IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. DAVIS,

    Plaintiff,                    No. CIV S-04-1390 LKK EFB P

    vs.

TERESA A. SCHWARTZ, et al.,

    Defendants.             ORDER

_____/

    Defendant Schwartz requests an extension of time to serve responses to interrogatories. See Fed. R. Civ. P. 6(b).

    Defendant's September 20, 2006, request is granted and defendant Schwartz has 30 days from the date this order is served to serve responses to interrogatories.

    So ordered.

Dated: September 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\schw1390. grnt def eot