IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. DAVIS, a.k.a,
MICHAEL L. HOLMES,

      Plaintiff,                    No. CIV S-04-1390 LKK EFB P

   vs.

TERESA S. SCHWARTZ, et al.,

      Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 2, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

1  proper analysis.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1. The findings and recommendations filed November 2, 2006, are adopted in full; and

5         2. Plaintiff's May 22, 2006, September 29, 2006, and October 2, 2006, motions for preliminary injunctions are denied.

DATED: December 21, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2