IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. DAVIS, aka,
MICHAEL L. HOLMES,

      Plaintiff,                    No. CIV S-04-1390 LKK EFB P

    vs.

TERESA A. SCHWARTZ, et al.,

      Defendants.             ORDER

                              /

       Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendant has filed a motion to be relieved of the obligation to file a pretrial statement until after this court resolves defendant's pending motion for summary judgment. In the July 28, 2006, schedule, this court directed plaintiff to file a pretrial statement no later than March 23, 2007, and directed defendant to file a pretrial statement no later than April 6, 2007. Pretrial conference is set for April 13, 2007. Therefore, the court construes defendant's motion as one to modify the schedule.

       A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he or she cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.

1   1992). Defendant filed a motion for summary judgment on January 16, 2007, and plaintiff filed
2   an opposition on January 29, 2007. Thus, the matter is submitted for decision. Because the
3   resolution of that motion may eliminate some or all of the issues or otherwise alter counsel's
4   preparation of the final pretrial statement, good cause exists for granting the requested extension
5   of time.
6       Accordingly, defendant's March 22, 2007, request is granted, and the court vacates the
7   dates for defendant to file a pretrial statement and for pretrial conference. The court will set a
8   new pretrial schedule, if appropriate, after resolving defendant's motion for summary judgment.
9       So ordered.
10  Dated: March 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE