IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. DAVIS, aka,
MICHAEL L. HOLMES,

      Plaintiff,                    No. CIV S-04-1390 LKK EFB P

  vs.

TERESA A. SCHWARTZ, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Pending resolution of defendant's motion for summary judgment, all dates heretofore set, including the trial currently set for July 3, 2007 before the Honorable Lawrence K. Karlton, are vacated. The court will set the matter for pretrial conference and trial, if appropriate, following disposition of the pending motion.

      So ordered.

Dated: June 8, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE